**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Cal. Bar No. 109514)
Rudie D. Baldwin, Esq. (Cal. Bar No. 245218)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
Facsimile: (562) 912-7919
mamaro@amarolawyers.com
rbaldwin@amarolawyers.com

Attorneys for Defendants,
SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAININMENT CORP.;
and PARK MANAGEMENT CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MELVIN PATTERSON<br><br>    Plaintiff,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC.; SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP.,<br><br>    Defendants. | CASE NO: 2:21-cv-02398-KJM-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT IN CASE NO. 2:21-cv-02398-KJM-AC BY NOT MORE THAN 60 DAYS (L.R. 8-3) AND PROPOSED ORDER**<br><br>Complaint Filed: December 27, 2021<br>Current Response date: February 25, 2022<br>New Response date: March 25, 2022 |

WHEREAS, MELVIN PATTERSON, ("Plaintiff") filed Case No. 2:21-cv-02398-KJM-AC against SIX FLAGS THEME PARKS INC.; SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP. ("Defendants") on December 27, 2021;

WHEREAS, Plaintiff served the summons and complaint on, or about, January 12, 2022.

WHEREAS, Defendants would have been required to serve its answer and/or respond to Plaintiff's complaint by January 27, 2022, twenty-one days after service of the summons and complaint;

WHEREAS, Defendants have requested and Plaintiff has agreed to a sixty-day extension in light of the number and importance of the issues to be raised, and based on ongoing and productive settlement discussions;

WHEREAS, this is Defendant's second request to extend time to respond to the initial complaint;

WHEREAS, Local Rule 8-3 states that "[i]f the stipulation . . . does not extend the time [to respond to the initial complaint] for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge," but the parties nevertheless wished to bring this stipulation to the Court's attention and seek the Court's approval;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that Defendant's answer and/or response to Plaintiff's complaint in Case No. 2:21-cv-02398-KJM-AC shall be due on March 25, 2022.

IT IS SO STIPULATED.

DATED:  March 25, 2022        BUCHE & ASSOCIATES, P.C.

By:_____/s/_____
    JOHN K. BUCHE
    Attorneys for Plaintiff,
    MELVIN PATTERSON

DATED:  March 25, 2022        EISENBERG & BAUM, LLP

By:_____/s/_____
    ANDREW ROZYNSKI
    Attorneys for Plaintiff,
    MELVIN PATTERSON

DATED: March 25, 2022               AMARO | BALDWIN LLP

By: _____
RUDIE D. BALDWIN
Attorneys for Defendants,
SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAININMENT
CORP.; and PARK MANAGEMENT
CORP.

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Defendant's answer and/or response to Plaintiff's complaint is due on March 25, 2022.

DATED: March 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE