**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Cal. Bar No. 109514)
Rudie D. Baldwin, Esq. (Cal. Bar No. 245218)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
Facsimile: (562) 912-7919
mamaro@amarolawyers.com
rbaldwin@amarolawyers.com

Attorneys for Defendants,
SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAININMENT CORP.;
and PARK MANAGEMENT CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MELVIN PATTERSON<br><br>            Plaintiff,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC.;<br>SIX FLAGS ENTERTAININMENT<br>CORP.; and PARK MANAGEMENT<br>CORP.,<br><br>            Defendants. | CASE NO: 2:21-cv-02398-KJM-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT IN CASE NO. 2:21-cv-02398-KJM-AC BY NOT MORE THAN 120 DAYS (L.R. 8-3) AND PROPOSED ORDER**<br><br>Complaint Filed: December 27, 2021<br>Current Response date: March 25, 2022<br>New Response date: May 25, 2022 |

   WHEREAS, MELVIN PATTERSON, ("Plaintiff") filed Case No. 2:21-cv-02398-KJM-AC against SIX FLAGS THEME PARKS INC.; SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP. ("Defendants") on December 27, 2021;

   WHEREAS, Plaintiff served the summons and complaint on, or about, January 12, 2022.

   WHEREAS, Defendants would have been required to serve its answer and/or respond to Plaintiff's complaint by January 27, 2022, twenty-one days after service of the summons and complaint;

WHEREAS, Defendants have requested and Plaintiff has agreed to a one hundred twenty-day extension in light of the number and importance of the issues to be raised, and based on ongoing and productive settlement discussions;

WHEREAS, this is Defendant's third request to extend time to respond to the initial complaint;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that Defendant's answer and/or response to Plaintiff's complaint in Case No. 2:21-cv-02398-KJM-AC shall be due on May 25, 2022.

IT IS SO STIPULATED.

DATED: March 24, 2022   BUCHE & ASSOCIATES, P.C.

By:_____/s/_____
JOHN K. BUCHE
Attorneys for Plaintiff,
MELVIN PATTERSON

DATED: March 24, 2022   EISENBERG & BAUM, LLP

By:_____/s/_____
ANDREW ROZYNSKI
Attorneys for Plaintiff,
MELVIN PATTERSON

DATED: March 24, 2022   AMARO | BALDWIN LLP

By:_____
RUDIE D. BALDWIN
Attorneys for Defendants,
SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP.

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED approval by the that Defendant's answer and/or response to Plaintiff's complaint in Case No. 2:21-cv-02398-KJM-AC shall be due on May 25, 2022.

DATED: March 31, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE