UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melvin Patterson,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Six Flags Theme Parks Inc., et al.,<br><br>　　　　　　　Defendants. | No. 2:21-cv-02398-KJM-AC<br><br>ORDER |

The court has reviewed the parties' stipulated request to extend the deadline by which defendants would be required to respond to the complaint, which was filed on the deadline for the defendants' response. ECF No. 19. The court has granted many previous extensions. *See* ECF Nos. 9, 11, 13. 16, 18. If the most recent request were granted, the defendants would have been relieved of their obligation to respond to the plaintiffs' claims for more than 200 days. The parties have not adequately explained the need for such a lengthy extension. The stipulated request at ECF No. 19 is thus **denied without prejudice to renewal** with a detailed showing of good cause. The status (pretrial scheduling) conference previously set for September 8, 2022 **remains on calendar**. *See* ECF No. 18.

　　IT IS SO ORDERED.

DATED: July 29, 2022.

　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE