UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melvin Patterson,<br><br>        Plaintiff,<br><br>    v.<br><br>Six Flags Theme Parks Incorporated, et al.,<br><br>        Defendants. | No. 2:21-cv-02398-KJM-AC<br><br>ORDER |

        The court is in receipt of the parties' seventh stipulated requests to extend the deadline for defendants' response to the complaint and to continue the pretrial scheduling conference. *See generally* Stip. & Proposed Order, ECF No. 22.  While the court has granted many previous extensions, *see* ECF Nos. 9, 11, 16, 18, the court denied the parties' sixth request for extension because the parties had not shown good cause to justify the continual delay in this case. *See* ECF No. 20.  Here, the parties explain that good cause exists because the parties are finalizing their settlement agreement and are close to resolving this case. *See* Stip. & Proposed Order at 1–2.

        Finding good cause based on the parties' stipulation, the court now **grants** the parties' requests.  The deadline for defendants to answer or respond to plaintiff's complaint is **extended** to **September 23, 2022**.  The court also **vacates** the status (pretrial scheduling) conference previously set for September 8, 2022 and **resets** the conference for **October 6, 2022 at 2:30 p.m.**, with the filing of a joint status report due fourteen (14) days prior.  If the parties have finalized

1

1 | settlement by the time the joint status report is due they may request the status conference be
2 | vacated.  The court will not entertain any further requests to extend the deadline for defendants'
3 | response.
4 |     IT IS SO ORDERED.
5 | DATED:  September 1, 2022.
6 |

_____
CHIEF UNITED STATES DISTRICT JUDGE