**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Cal. Bar No. 109514)
Rudie D. Baldwin, Esq. (Cal. Bar No. 245218)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
Facsimile: (866) 611-6619
mamaro@amarolawyers.com
rbaldwin@amarolawyers.com

Attorneys for Defendants,
SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAININMENT CORP.;
and PARK MANAGEMENT CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MELVIN PATTERSON<br><br>       Plaintiff,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC.; SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP.,<br><br>       Defendants. | CASE NO: 2:21-cv-02398-KJM-AC<br><br>**STIPULATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT IN CASE NO. 2:21-cv-02398-KJM-AC WITHIN 7 DAYS, AND DEFENDANTS TO FILE RESPONSIVE PLEADINGS WITHIN 21 DAYS THEREAFTER (L.R. 8-3) AND PROPOSED ORDER**<br><br>Complaint Filed: December 27, 2021<br>Current Response date: August 24, 2022<br>New Response date:, September 23, 2022 |

    WHEREAS, MELVIN PATTERSON, ("Plaintiff") filed Case No. 2:21-cv-02398-KJM-AC against SIX FLAGS THEME PARKS INC.; SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP. ("Defendants") on December 27, 2021;

    WHEREAS, Plaintiff served the summons and complaint on, or about, January 12, 2022.

    WHEREAS, Defendants would have been required to serve its answer and/or

respond to Plaintiff's complaint by January 27, 2022, twenty-one days after service of the summons and complaint;

WHEREAS, Defendants have requested and Plaintiff has agreed to a two-hundred forty-day extension in light of the number and importance of the issues to be raised, and based on ongoing and productive settlement discussions. Such stipulation was approved by this Court;

WHEREAS, An impasse of settlement discussions was reached on September 21, 2022. Thereafter, defense counsel prepared a responsive pleading which consisted of a Motion to Dismiss the Complaint filed by Plaintiff. pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) based on a lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted. Pursuant to the Standing Order of Judge Kimberly J. Mueller, defense counsel telephonically met and conferred with Plaintiff's counsel regarding the grounds for the motion. In addition, a draft copy of the Motion was sent to Plaintiff's counsel;

WHEREAS, Plaintiff's counsel indicated that he would voluntarily amend the Complaint, and requested seven (7) days to do so;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree, subject to approval by the Court, that Defendant's answer and/or response to Plaintiff's complaint in Case No. 2:21-cv-02398-KJM-AC shall be due within twenty-one days of filing and service of the First Amended Complaint.

IT IS SO STIPULATED.

DATED: September 23, 2022          EISENBERG & BAUM, LLP

By:_____/s/_____
   ANDREW ROZYNSKI
   Attorneys for Plaintiff,
   MELVIN PATTERSON

**STIPULATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT WITHIN 7 DAYS, AND DEFENDANTS TO FILE RESPONSIVE PLEADINGS WITHIN 21 DAYS THEREAFTER**

DATED: September 23, 2022

AMARO | BALDWIN LLP

By: _____
RUDIE D. BALDWIN
Attorneys for Defendants,
SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP.

## ORDER

Based upon the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Plaintiff shall file a First Amended Complaint in Case No. 2:21-cv-02398-KJM-AC on or before September 30, 2022, and Defendants shall file a responsive pleading within twenty-one days of filing and service of the First Amended Complaint. The Status (Pretrial Scheduling) Conference set for October 6, 2022, is VACATED and RESET for December 15, 2022, at 2:30 p.m., with the filing of a joint status report due 14 days prior.

DATED: September 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE