**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Cal. Bar No. 109514)
Rudie D. Baldwin, Esq. (Cal. Bar No. 245218)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
Facsimile: (562) 912-7919
mamaro@amarolawyers.com
rbaldwin@amarolawyers.com

Attorneys for Defendants,
SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAININMENT CORP.;
and PARK MANAGEMENT CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MELVIN PATTERSON<br><br>Plaintiff,<br><br>v.<br><br>SIX FLAGS THEME PARKS INC.; SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP.,<br><br>Defendants. | CASE NO: 2:21-cv-02398-KJM-AC<br><br>**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**<br><br>Complaint Filed: December 27, 2021<br>Trial Date: None |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants, SIX FLAGS THEME PARKS INC.; SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP., submitted their Confidential Settlement Conference Statement to the Court on January 25, 2023.

1
**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**
PATTERSON/

| | |
|---|---|
| DATED:  January 25, 2023 | AMARO | BALDWIN LLP<br><br>By:__ _____<br>RUDIE D. BALDWIN<br>Attorneys for Defendants,<br>SIX FLAGS THEME PARKS INC.;<br>SIX FLAGS ENTERTAININMENT CORP.; and PARK MANAGEMENT CORP. |