UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

MELVIN PATTERSON,

        *Plaintiff*,

v.

SIX FLAGS THEME PARKS INC.;
SIX FLAGS ENTERTAINMENT CORP.;
and PARK MANAGEMENT CORP.,

        *Defendants*.

**Civ. No.: 2:21-cv-02398-KJM-AC**

**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**

    Pursuant to this Honorable Court's Order dated January 12, 2023 (ECF No. 39), and in advance of the Virtual Settlement Conference currently set before this Court at 9:30 a.m. on February 2, 2023, Plaintiff hereby submits this Notice of Submission of Settlement Conference Statement to notify the Court and all parties of Plaintiff's submission of his confidential settlement conference statement to ckdorders@caed.uscourts.gov on January 26, 2023.

Dated: January 26, 2023

Respectfully submitted,

*/s/ Andrew Rozynski*
Andrew Rozynski
Eisenberg & Baum, LLP
24 Union Square East, PH
New York NY 10003
ARozynski@eandblaw.com
*Attorneys for Plaintiff*

*Melvin Patterson v. Six Flags et al.* – Notice of Submission of Settlement Statement