

United States District Court
Eastern District of California

| MELVIN PATTERSON |
|---|

Plaintiff(s)

Case Number: 2:21-cv-02398-KJM-AC

V.

| SIX FLAGS THEME PARKS INC., ET AL. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Reyna Lubin _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Melvin Patterson

On __09/13/2017__ (date), I was admitted to practice and presently in good standing in the Appellate Div. of Supreme Court of New York _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/04/2024    Signature of Applicant: /s/ Reyna Lubin

**Pro Hac Vice Attorney**

Applicant's Name: Reyna Lubin
Law Firm Name: Eisenberg and Baum, LLP
Address: 24 Union Square East, PH
City: New York  State: NY  Zip: 10003
Phone Number w/Area Code: 212-353-8700
City and State of Residence: Baltimore, MD
Primary E-mail Address: rlubin@eandblaw.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John K. Buche
Law Firm Name: Buche & Associates, P.C.
Address: 875 Prospect St., Suite 305
City: La Jolla  State: CA  Zip: 92037
Phone Number w/Area Code: (858) 459-9111  Bar #: 239477

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  September 9, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Reyna Nicole Lubin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 13, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 4, 2024.

Clerk of the Court

CertID-00189629

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised March 2024